IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT KEITH JACKSON,<br><br>    Plaintiff,<br>v.<br><br>THE COUNTY OF ALAMEDA, SANTA RITA COUNTY JAIL, et al.,<br><br>    Defendants.<br>_____ | No. C 01-2194 SBA (pr)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE DISPOSITIVE MOTION** |

    Defendants have requested a ninety-day extension of time, up to and including December 13, 2005, in which to file a dispositive motion. Having read and considered Defendants' request and good cause appearing,

    IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED in part and DENIED in part. The Court DENIES Defendants' request for a ninety-day extension, but acknowledges that Defendants' counsel needs additional time to locate the remaining unserved defendants in this action to determine whether these defendants would like him to accept service and appear on their behalf. Therefore, the Court will GRANT Defendants a sixty-day extension of the deadline to file a dispositive motion. The time in which Defendants may file their dispositive motion will be extended up to and including **November 14, 2005.**

    IT IS SO ORDERED.

DATED: 9/7/05

                                                              _/s/ Saundra B. Armstrong_
                                                              SAUNDRA BROWN ARMSTRONG
                                                              United States District Judge